THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
BENJAMIN KOPF, Appellant.

Argued June 2, 1952; decided July 15, 1952.

*Herbert L. Ruttenberg* and *Louis E. Cohen* for appellant.

*Frank S. Hogan, District Attorney (Chester E. Kleinberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.